# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

UNITED STATES OF AMERICA,

          Plaintiff,

v.

LAURA M. COOK,

          Defendant.

Case No. CR05-424-TSZ

**PROPOSED FINDINGS OF FACT AND DETERMINATION AS TO ALLEGED VIOLATIONS OF SUPERVISED RELEASE**

## INTRODUCTION

I conducted a hearing on alleged violations of supervised release in this case on January 29, 2010. The defendant appeared pursuant to a summons issued in this case. The United States was represented by Bob Westinghouse, and defendant was represented by Juanita Holmes. Also present was U.S. Probation Officer Jonathan Ishii. The proceedings were digitally recorded.

## SENTENCE AND PRIOR ACTION

Defendant was sentenced on August 2, 2007 by the Honorable Thomas S. Zilly for Obstruction of the Due Administration of the Internal Revenue Laws. She received 18 months of detention and 12 months of supervised release.

In addition to the standard conditions of supervised release, the following special conditions were ordered: submit to search; pay $3,753,032 in restitution; provide complete financial, debt,

and asset disclosure; maintain a single checking account in her name and use this account to deposit all income and withdrawal all personal expenses; disclose all bank accounts; not to transfer/convey any asset without prior approval; allow inspection of any personal computer; disclose all computer software; no new credit charges or line of credit without approval; and cooperate with and furnish financial information and statements to the Internal Revenue Service and file any past tax returns in a timely manner.

## PRESENTLY ALLEGED VIOLATIONS

In a petition dated January 7, 2010, U.S. Probation Officer Jonathan Ishii alleged that defendant violated the following conditions of supervised release:

1. Failing to cooperate with and furnish information and statements to the Internal Revenue Service and file any past tax returns in a timely manner, in violation of the special condition of supervised release.

## FINDINGS FOLLOWING EVIDENTIARY HEARING

This matter was set for an evidentiary hearing. Defendant admitted the above violations, waived her right to the evidentiary hearing, and was informed the matter would be set for a disposition hearing on February 25, 2010 at 1:30 p.m. before District Judge Thomas S. Zilly.

## RECOMMENDED FINDINGS AND CONCLUSIONS

Based upon the foregoing, I recommend the court find that defendant has violated the conditions of her supervised release as alleged above, and conduct a disposition hearing.

DATED this 29th day of January, 2010.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge